# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00069-CV

**Charles R. Randy Turner, Appellant**

**v.**

**Aquaplex, Inc. and James Edward Jones, Jr., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-03-004287, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Charles R. Randy Turner has filed a motion to dismiss this appeal. He certifies that he has conferred with all parties and there is no opposition to the motion. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed: February 20, 2015